UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
FORT MYERS DIVISION

GREGORY WALLACE,

Plaintiff,

vs. CASE NO.: 2:15-cv-445-FtM-29MRM

NORTHWOOD HOSPITALITY, LLC, a foreign limited liability company,

Defendant.
_____________________________________/

**JOINT STIPULATION OF DISMISSAL WITH PREJUDICE**

Plaintiff, Gregory Wallace, and Defendant, Northwood Hospitality, LLC, by and through their undersigned attorneys, and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, hereby stipulate to the dismissal, with prejudice, of the above-captioned action, each party to bear his/its own attorneys' fees and costs, except as stated in the parties' settlement agreement.

DATED this 15th day of January 2016.

s/ Bradley P. Rothman
Bradley P. Rothman, Esq.
Florida Bar No. 0677345
brothman@weldonrothman.com
Weldon & Rothman, PL
7935 Airport-Pulling Road N. Ste. 205
Naples, Florida 34109
Tel: (239) 262-2141
Fax: (239) 262-2342
*Counsel for the Plaintiff*

s/ Laura E. Prather
Laura E. Prather, Esq.
Florida Bar No. 870854
laura.prather@jacksonlewis.com
Jackson Lewis, P.C.
100 South Ashley Drive, Ste. 2200
Tampa, Florida 33602
Tel: (813) 512-3210
Fax: (813) 512-3211
*Counsel for Defendant*